# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United State of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **FINDING** |
| vs. | ) | |
| | ) | Case No. 1-16-mj-331 |
| Thomas Gene Edwards, | ) | |
| Defendant. | ) | |

Based upon the information presented at the identification hearing, including photographic evidence, the court finds the individual currently in custody is the Thomas Gene Edwards named in the indictment.

Dated this 19th day of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court